IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

(1) DOYLE R. ELLIOTT, JR., an individual, )
        Plaintiff, )
vs.            )   Case No. 5:11-cv-00204-R
             )
(2) CONFI-CHECK, INC., and   )
(3) CRIMINAL SEARCHES, INC.,  )
California Corporation, d/b/a    )
PeopleFinders.com, Criminalsearch.com )
and VeriChek.com,        )
        Defendants.  )

# PLAINTIFF'S MOTION TO DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, DOYLE R. ELLIOTT, JR. by and through Counsel, M. MICHAEL ARNETT, and moves the Court to dismiss the above captioned matter without prejudice.

Plaintiff would show the Court that he has spoke to opposing counsel and they have no objections.

WHEREFORE, Plaintiff prays that this matter be dismissed without prejudice.

              S/ M. Michael Arnett
              M. Michael Arnett, OBA #12071
              Attorney for Plaintiff
              Arnett Law Firm
              3133 N.W. 63rd Street
              Oklahoma City, Oklahoma 73116
              Telephone: (405) 767-0522
              Facsimile: (405) 767-0529
              E-mail: mikearnett1@juno.com

## CERTIFICATE OF DELIVERY

I certify that on the 5th day of April, 2012, I mailed or caused to be mailed a true and correct copy of the above instrument, postage prepaid thereon, to the following:

Robert S. Duran, Jr.
Stuart & Clover
P.O. Box 1925
Shawnee, OK 74802-1925
Telephone: (405) 275-0700
Facsimile: (405) 275-6805
E-mail: rob@scdtlaw.com
Attorney for Confi-Chek, Inc.

S/ M. Michael Arnett
M. MICHAEL ARNETT
