IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)DOYLE R. ELLIOTT, JR., an individual, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 5:11-cv-00204-R |
| ) | |
| (2)CONFI-CHECK, INC., and ) | |
| (3)CRIMINAL SEARCHES, INC., ) | |
| California Corporation, d/b/a ) | |
| PeopleFinders.com, Criminalsearch.com ) | |
| and VeriChek.com, ) | |
| Defendants. ) | |

# ORDER DISMISSING CAUSE
# WITHOUT PREJUDICE

THIS MATTER comes on the 6th day of April, 2012 before me the undersigned Judge upon Plaintiff's Motion to Dismiss without Prejudice. Plaintiff, DOYLE R. ELLIOTT, JR. appears by and through Counsel, M. MICHAEL ARNETT, and the Court finds and Order as follows:

1. That Defendants herein have no objections.

2. That Plaintiff's motion should be granted.

   THEREFORE the Court dismisses this matter without prejudice.

   IT IS SO ORDERED this 6th day of April, 2012!

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1

Approved:

S/ M. Michael Arnett
M. Michael Arnett, OBA #12071
Attorney for Plaintiff
Arnett Law Firm
3133 N.W. 63rd Street
Oklahoma City, Oklahoma 73116
Telephone: (405) 767-0522
Facsimile: (405) 767-0529
E-mail: mikearnett1@juno.com


S/ Robert S. Duran, Jr.
Robert S. Duran, Jr.
Stuart & Clover
P.O. Box 1925
Shawnee, OK 74802-1925
Telephone: (405) 275-0700
Facsimile: (405) 275-6805
E-mail: rob@scdtlaw.com
Attorney for Confi-Chek, Inc.